1
**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
2  Margaret K. Thies, California Bar No. 283408
Sharon L. Stewart, California Bar No. 235706
3  560 Mission Street, Floor 25
San Francisco, CA 94105
4  Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
5  Email:    andrea.hicks@bryancave.com
peggy.thies@bryancave.com
6    stewarts3@bryancave.com

7  **Attorneys for Defendant**
BANK OF AMERICA, N.A.

8

9            **IN THE UNITED STATES DISTRICT COURT FOR THE**

10              **EASTERN DISTRICT OF CALIFORNIA**

11

12

JESSE N. PUGH                           Case No.: 2:13-CV-01635-MCE-KJN
13
Plaintiff,
14                                          **AMENDED JOINT STIPULATION TO**
v.                                     **CONTINUE DEFENDANT BANK OF**
15                                          **AMERICA, N.A.'S  TIME TO**
BANK OF AMERICA, N.A., MORTGAGE         **RESPOND TO PLAINTIFF'S**
16  ELECTRONIC REGISTRATION                 **VERIFIED COMPLAINT**
SYSTEMS, INC., SELECT PORTFOLIO
17  SERVICING, INC., NATIONAL
DEFAULT SERVICING CORPORATION
18  AND DEUTSCHE BANK NATIONAL             Complaint Filed:   August 7, 2013
TRUST COMPANY AS TRUSTEE FOR           Trial Date:      Not Assigned
19  THE HARBOR VIEW MORTGAGE
LOAN TRUST SERIES 2005-7
20
Defendants.
21

22

23

24

25

26

27

28

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

**STIPULATION**

Defendant Bank of America, N.A., ("Defendant") and Plaintiff Jesse N. Pugh ("Plaintiff"), by and through their respective counsel of record hereby stipulate and agree as follows:

1.   Plaintiff filed his Complaint in this action on August 7, 2013.

2.   Defendant was served with the Complaint on or around August 14, 2013.

3.   There have been no previous time modifications entered in this case.

4.   Defense counsel was recently retained and requires additional time to investigate the allegations from the Complaint.

5.   In order to allow time for defense counsel to investigate the facts of this case, allow the parties to engage in good faith settlement negotiations, reduce the costs of litigation for all parties, and unburden the Court's docket, Plaintiff and Defendant agree and stipulate that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended until and including **September 20, 2013**.

6.   This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

7.   This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated:  September 9, 2013                    Respectfully submitted,
                                            **LAW OFFICES OF CHARLES T. MARSHALL**


                                            By:  ____/s/ Charles T. Marshall_____
                                                    Charles T. Marshall
                                                    Attorneys for Plaintiff
                                                    JESSE N. PUGH

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

1  Dated:  September 9, 2013

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**BRYAN CAVE LLP**


By: _____/s/ Sharon L. Stewart_____
　　　　Sharon L. Stewart
　　　　Attorneys for Defendant
　　　　BANK OF AMERICA, N.A.

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

**ORDER**

Having reviewed the stipulation of Plaintiff JESSE N. PUGH and Defendant BANK OF AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended to **September 20, 2013**.

IT IS SO ORDERED.

Dated:  September 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 941105*