**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Margaret K. Thies, California Bar No. 283408
Sharon L. Stewart, California Bar No. 235706
560 Mission Street, Floor 25
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   andrea.hicks@bryancave.com
   peggy.thies@bryancave.com
   stewarts3@bryancave.com

**Attorneys for Defendant**
BANK OF AMERICA, N.A.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE N. PUGH,<br><br>  Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBOR VIEW MORTGAGE LOAN TRUST SERIES 2005-7<br><br>  Defendants. | Case No.: 2:13-CV-01635-MCE-KJN<br><br>**AMENDED JOINT STIPULATION TO CONTINUE DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**<br><br>Complaint Filed:  August 7, 2013<br>Trial Date:   Not Assigned |

**STIPULATION**

Defendant Bank of America, N.A., ("Defendant") and Plaintiff Jesse N. Pugh ("Plaintiff"), by and through their respective counsel of record hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in this action on August 7, 2013.
2. Defendant was served with the Complaint on or around August 14, 2013.
3. There have been no previous time modifications entered in this case.
4. Defense counsel was recently retained and requires additional time to investigate the allegations from the Complaint.
5. In order to allow time for defense counsel to investigate the facts of this case, allow the parties to engage in good faith settlement negotiations, reduce the costs of litigation for all parties, and unburden the Court's docket, Plaintiff and Defendant agree and stipulate that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended until and including **September 20, 2013**.
6. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.
7. This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: September 9, 2013                     Respectfully submitted,
                                             **LAW OFFICES OF CHARLES T. MARSHALL**


                                             By:    /s/ Charles T. Marshall
                                                    Charles T. Marshall
                                                    Attorneys for Plaintiff
                                                    JESSE N. PUGH

| | | |
|---|---|---|
| 1 | Dated:  September 9, 2013 | Respectfully submitted, |
| 2 | | **BRYAN CAVE LLP** |
| 4 | | By:   /s/ Sharon L. Stewart |
| 5 | | Sharon L. Stewart<br>Attorneys for Defendant<br>BANK OF AMERICA, N.A. |

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

**ORDER**

Having reviewed the stipulation of Plaintiff JESSE N. PUGH and Defendant BANK OF AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended to **September 20, 2013**.

IT IS SO ORDERED.

Dated: September 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105