**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Margaret K. Thies, California Bar No. 283408
Sharon L. Stewart, California Bar No. 235706
560 Mission Street, Floor 25
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   andrea.hicks@bryancave.com
     peggy.thies@bryancave.com
     stewarts3@bryancave.com

**Attorneys for Defendant**
BANK OF AMERICA, N.A.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE N. PUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBOR VIEW MORTGAGE LOAN TRUST SERIES 2005-7<br><br>    Defendants. | Case No.: 2:13-CV-01635-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION TO FURTHER CONTINUE DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**<br><br>Complaint Filed:  August 7, 2013<br>Trial Date:        Not Assigned |

**STIPULATION**

Defendant Bank of America, N.A.( "Defendant") and Plaintiff Jesse N. Pugh ("Plaintiff"), by and through their respective counsel of record hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in this action on August 7, 2013.

2. Plaintiff and Defendant previously stipulated to one extension of time for Defendant to respond to the Complaint until September 20, 2013.

3. In order to allow time for the parties to engage in good faith settlement negotiations, including a possible loan modification review, reduce the costs of litigation for all parties, and unburden the Court's docket, Plaintiff and Defendant agree and stipulate that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended until and including **October 2, 2013**.

4. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5. This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: September 26, 2013				Respectfully submitted,
						**LAW OFFICES OF CHARLES T. MARSHALL**


						By:    /s/ Charles T. Marshall
							Charles T. Marshall
							Attorneys for Plaintiff
							JESSE N. PUGH

Dated:  September 26, 2013

                          Respectfully submitted,

**BRYAN CAVE LLP**

By:    /s/ Sharon L. Stewart
        Sharon L. Stewart
        Attorneys for Defendant
        BANK OF AMERICA, N.A.

## ORDER

Having reviewed the stipulation of Plaintiff JESSE N. PUGH and Defendant BANK OF AMERICA, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended to **October 2, 2013**.

IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT