**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Margaret K. Thies, California Bar No. 283408
Sharon L. Stewart, California Bar No. 235706
560 Mission Street, Floor 25
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
Email:      andrea.hicks@bryancave.com
            peggy.thies@bryancave.com
            stewarts3@bryancave.com

**Attorneys for Defendant**
BANK OF AMERICA, N.A.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE N. PUGH | Case No.: 2:13-CV-01635-MCE-KJN |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **JOINT STIPULATION TO FURTHER CONTINUE DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT** |
| BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBOR VIEW MORTGAGE LOAN TRUST SERIES 2005-7 | Complaint Filed:  August 7, 2013<br>Trial Date:        Not Assigned |
| Defendants. | |

**STIPULATION**

Defendant Bank of America, N.A.( "Defendant") and Plaintiff Jesse N. Pugh ("Plaintiff"), by and through their respective counsel of record hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint in this action on August 7, 2013.

2. Plaintiff and Defendant previously stipulated to one extension of time for Defendant to respond to the Complaint until September 20, 2013.

3. In order to allow time for the parties to engage in good faith settlement negotiations, including a possible loan modification review, reduce the costs of litigation for all parties, and unburden the Court's docket, Plaintiff and Defendant agree and stipulate that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended until and including **October 2, 2013**.

4. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5. This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: September 26, 2013　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF CHARLES T. MARSHALL**

　　　　　　　　　　　　　　　　　　　　By:   /s/ Charles T. Marshall
　　　　　　　　　　　　　　　　　　　　　　　Charles T. Marshall
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　JESSE N. PUGH

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

| | |
|---|---|
| Dated: September 26, 2013 | Respectfully submitted, |
| | **BRYAN CAVE LLP** |
| | By:    /s/ Sharon L. Stewart |
| |       Sharon L. Stewart |
| |       Attorneys for Defendant |
| |       BANK OF AMERICA, N.A. |

### ORDER

Having reviewed the stipulation of Plaintiff JESSE N. PUGH and Defendant BANK OF AMERICA, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended to **October 2, 2013**.

IT IS SO ORDERED.

Dated: September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT