**Charles T. Marshall**
**Attorney at Law   SBN: 176091**
415 Laurel St., #405
San Diego, CA 92101
619-807-2628
Fax: 866-575-7413

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JESSE N. PUGH, | CASE NO. 2:13-CV-01635-MCE-KJN |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, MOTION TO EXPUNGE RECORDED NOTICE OF PENDENCY OF ACTION AND REQUEST FOR ATTORNEYS' FEES AND REQUEST FOR JUDICIAL NOTICE** |
| BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION, AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBOR VIEW MORTGAGE LOAN TRUST SERIES 2005-7, | |
| Defendant(s). | |

    The Court has reviewed the parties' Stipulated Request for Order Extending Time for Plaintiff to Respond to Defendants' Motion to Dismiss, Motion to Expunge Recorded Notice of Pendency of Action and Request for Attorneys' Fees and Request for Judicial Notice ("Motions"). Pursuant to that stipulation, IT IS SO ORDERED that:

    1. Plaintiff's time to respond is hereby extended to October 24, 2013; and

    2. The hearing on Defendants' Motion to Dismiss, Motion to Expunge Recorded Notice of Pendency of Action and Request for Attorneys' Fees and Request for Judicial Notice is continued to Thursday, November 14, 2013, at 2:00 p.m. in Courtroom Seven.

Dated: October 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT