Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:    866-575-7413
Email:  cmarshall@marshallestatelaw.com


Attorneys for Plaintiff
JESSE N. PUGH

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JESSE N. PUGH,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBOR VIEW MORTGAGE LOAN TRUST SERIES 2005-7<br><br><br><br>           Defendant(s). | Case No.: 2:13-cv-01635-MCE-KJN<br><br>Judge:  Hon. Morrison C. England, Jr.<br><br>**ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)** |

---

Pugh Motion for Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(2)                                    Order

Plaintiff having moved for dismissal of Defendant Bank of America, N.A. from the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause having been shown, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Voluntary Dismissal (ECF No. 20) is GRANTED;

2. Defendants' Motion to Dismiss (ECF No. 12) is DENIED as moot;

3. The Clerk of the Court is directed to close this case; and

4. This Court retains jurisdiction to decide Defendants' Motion to Expunge Recorded Notice of Pendency of Action (ECF No. 13). Hearing on that Motion is hereby continued to December 5, 2013, at 2:00 p.m. in Courtroom 7. Any opposition or statement of non-opposition must be filed in conformity with the local rules. If the parties resolve this issue themselves, Defendants should notify the Court immediately by filing a request to withdraw their pending Motion.

Dated:  October 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT